[No. 15624.   Department One.   March 1, 1920.]

SWAN HULTIN *et al., Appellants,* v. WILLIAM WAGNER
*et al., Respondents.*[1]

APPEAL (272)—RECORD—AFFIDAVITS ON MOTION FOR NEW TRIAL.
Error cannot be assigned upon granting a new trial for newly dis-
covered evidence where the affidavit upon which it was made was not
brought up in the record.

Appeal from an order of the superior court for
Clarke county, Back, J., entered May 26, 1919, grant-
ing a new trial, in an action for damages from fire,
after a verdict in favor of the plaintiff. Affirmed.

*Geo. B. Simpson,* for appellants.

*W. W. Sparks* and *McMaster, Hall & Drowley,* for
respondents.

MAIN, J.—The purpose of this action was to recover
damages caused by fire. The complaint alleges that
the fire was negligently started by the defendants upon
the farm occupied by them, and was negligently per-
mitted to spread and extend to the land of the plaintiff,
where it did the damage complained of. The allega-
tions of the complaint were denied by the answer. The
cause was tried to the court and a jury, and resulted
in a verdict in favor of the plaintiffs in the sum of
$150. The defendants made a motion for judgment
notwithstanding the verdict, and also for a new trial.
The former motion was overruled, and the latter
granted. The plaintiffs appeal.

One ground for new trial was that of newly dis-
covered evidence. The order granting the new trial
recites that an affidavit was filed and considered, and
that the motion was granted upon the ground of newly

[1]Reported in 188 Pac. 29.

discovered evidence which could not, with reasonable diligence, have been produced on the trial. The affidavit referred to in this order does not appear in the record brought here. Without the affidavit, it could not be held that the trial court abused its discretion in granting a new trial.

. The judgment will be affirmed.

HOLCOMB, C. J., PARKER, MACKINTOSH, and MITCHELL, JJ., concur.